IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          Case No. 6:10-BK-13158-ABB

BEATRIZ LLANIO                                  Chapter 13

    Debtor.
_____/

BEATRIZ LLANIO,

    Plaintiff,

v.

ASSOCIATED COST ENGINEERS, INC.,
JAJA WADE, individually, MARLO
DICKENS and FAIRWINDS CREDIT
UNION,

    Defendants.
_____/

**FILED**
SEP 24 2010
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

## NOTICE OF REMOVAL OF CIVIL ACTION

TO: THE CLERK AND HONORABLE JUDGES OF THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA

Defendant Fairwinds Credit Union hereby gives notice of the removal, pursuant to 28 U.S.C. §157(a), of a state court action in the Circuit Court, Eighteenth Judicial Circuit, in and for Seminole County, Florida, case number 08-CA-8379-09, to the United States Bankruptcy Court for the Middle District of Florida. This case was commenced with the filing of a complaint in state court by Beatriz Llanio on December 23, 2008. Thereafter, plaintiff filed a Voluntary Bankruptcy Petition on July 27, 2010. Removal is thus timely pursuant to Rule 9027 of the Federal Rules of Bankruptcy Procedure. This state court case is related to Plaintiff's bankruptcy. As this matter is a core

proceeding, the federal court has jurisdiction pursuant to 28 U.S.C. §157(a). Additionally, this state court case concerns a matter involving administration of the estate and so jurisdiction is also proper under 28 U.S.C. § 157(b)(2)(A). Copies of all process, pleadings, orders, and other papers or exhibits of every kind, including depositions served on the defendants in the state action accompany this notice pursuant to Local Rule 4.02 of the United States District Court for the Middle District of Florida.

WHEREFORE, Defendant Fairwinds Credit Union respectfully requests that this action be removed to the United States Bankruptcy Court for the Middle District of Florida.

                MCCONNAUGHHAY, DUFFY,
                COONROD, POPE & WEAVER, P.A.

By:    s/ Jason D. Holbrook
        Jason D. Holbrook, Esq.
        Fla Bar No.: 0667579
        P. O. Box 550770
        Jacksonville, FL 32255-0770
        904-363-1950 telephone
        904-363-1510 fax
        Attorneys for defendant Fairwinds Credit Union

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document has been provided to: Michael Kest, Esq. Allen & Murphy, PA, 429 S. Keller Road, Orlando, FL 32810, Attorneys for plaintiff via regular mail; Jaimon H. Perry, Esq., The Perry Law Group, LLC, 1009 Maintland Center, Commons Blvd. Suite 210, Maitland, FL 32751, Attorneys for defendants Associated Cost Engineers and JaJa Wade via regualr mail; Marlo Dickens, 4821 Sanoma Village, Orlando, FL 32808, via regular mail; Laurie Weatherford, Esq., PO Box 3450, Winter Park, FL 32790, lauriew@c13Orl.com (email), Chapter 13 Standing Trustee, via ECF system transmission and regular mail; and Stephen R. Caplan, Caplan & Associates, PA, 31 N. Hyer Ave., Orlando, FL 32801, steve@caplan-associatespa.com, Attorney for debtor, via ECF system transmission and regular mail on this 22nd day of September, 2010.

                                            s/ Jason D. Holbrook
                                            Jason D. Holbrook, Esq.