UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
JUL 30 2012
CLERK U.S. BANKRUPTCY
ORLANDO DIVISION

In re:

BEATRIZ LLANIO,

    Debtor.
_____/

Case No. 6:10-bk-13158-ABB
Chapter 13

BEATRIZ LLANIO,

    Plaintiff,

vs.

ASSOCIATED COAST ENGINEERS,
INC., et al.,

    Defendants.
_____/

Adv. Pro. No. 6:10-ap-00242-ABB

## ORDER

The Court ordered the parties to file a status report in this case every 90 days regarding the status of the civil action in the Florida State Court. (DE 25). The last status report was filed on November 16, 2011. (DE 30). The parties have failed to comply with the Court's directive.

Accordingly it is,

**ORDERED, ADJUDGED and DECREED** that the parties are hereby directed to file a status report within fourteen (14) days of the date of entry of this Order and every 90 days thereafter. The failure to timely comply with this Order shall result in the dismissal of the above-captioned adversary proceeding without further hearing or notice.

Dated this 30th day of July, 2012.

ARTHUR B. BRISKMAN
United States Bankruptcy Judge